# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LEUNG,<br><br>    Petitioner,<br><br>    v.<br><br>NEIL McDOWELL, Warden,<br><br>    Respondent. | Case No. SA CV 15-286 DDP (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUGED that the petition is denied and this action is dismissed with prejudice.

DATE: October 28, 2015__      _____
                                                      HON. DEAN D. PREGERSON
                                                      UNITED STATES DISTRICT JUDGE